IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE KEASCHALL, Personal Representative of the Estate of Kurtis Keaschall, deceased; and DAWSON PUBLIC POWER DISTRICT,<br><br>                Plaintiffs,<br><br>    vs.<br><br>ALTEC INDUSTRIES, INC., OSBORNE INDUSTRIES, INC.,<br><br>                Defendants. | 4:14CV3070<br><br>**ORDER** |

      IT IS ORDERED that the parties' motion to continue, (Filing No. 46), is granted, and the progression schedule is amended as follows:

1)     The pretrial conference and trial settings are set aside pending further order of the court.

2)     A telephonic conference with the magistrate judge will be held on March 22, 2016, at 10:00 a.m. to discuss the status of case progression, any pending discovery disputes, a new trial and pretrial conference setting, and potential settlement. Counsel for plaintiff shall place the call.

3)     If discovery disputes exist, on or before March 14, 2016, the parties shall submit a summary, not to exceed ten double-space pages in length, which outlines the discovery requests that remain pending and the objections that are still being asserted. The parties may submit separate summaries, but a joint summary is preferred.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is February 29, 2016. Motions to compel Rule 33 through 36 discovery must be filed by March 7, 2016.

5) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s): September 30, 2015.
> For the defendant(s): November 30, 2015.

6) The deposition deadline is February 29, 2016.

7) The deadline for filing motions to dismiss and motions for summary judgment is March 31, 2016.

8) The deadline for filing motions to exclude testimony on Daubert and related grounds is March 31, 2016

July 31, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge