IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE KEASCHALL, AND Personal Representative of the Estate of Kurtis Keaschall, deceased; and DAWSON PUBLIC POWER DISTRICT,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTEC INDUSTRIES, INC., AND OSBORNE INDUSTRIES, INC.,<br><br>Defendants. | 4:14CV3070<br><br>**ORDER** |

Defendants have moved to continue the deadline for serving Defendants' expert witness disclosures and reports. (Filing Nos. 52 & 57). Plaintiffs do not object to granting the extension, but they do object to Defendants' proposed destructive testing protocol. (Filing No. 56-1, at CM/ECF p. 3). The issues of inspection and testing protocols are currently before the court on motions to compel. Those motions are not fully submitted for the court's review at this time.

The defendants' expert disclosure deadline is November 30, 2015. However, the court finds (and all parties agree) that Defendants will not be able to serve expert reports until any inspections and destructive testing allowed is complete.

Accordingly,

IT IS ORDERED that the defendants' deadline for serving expert witness disclosures is stayed pending further order of the court.

November 25, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge