# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JULIE KEASCHALL, Personal Representative of the Estate of Kurtis Keaschall, deceased and DAWSON PUBLIC POWER DISTRICT,** ) ) ) ) ) | **CIVIL ACTION NO.: 4:14-CV-03070** |
| **Plaintiffs,** ) ) | |
| vs. ) ) | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| **ALTEC INDUSTRIES, INC. and OSBORNE INDUSTRIES, INC.** ) ) ) | |
| **Defendants.** ) | |

Defendants, Osborne Industries, Inc. and Altec Industries, Inc. respectfully move this Court, pursuant to Federal Rule of Civil Procedure 56(c), for an Order granting summary judgment in their favor.

In support of this Motion, Defendants state that, as more fully explained in their accompanying Brief and supporting documents, Plaintiff has no evidence to support the essential elements of her legal claims, including but not limited to evidence proving that any product manufactured or designed by one or both Defendants was defective or that any alleged product defect caused the injuries of Kurtis Keaschall. In light of the pleadings on file and the Index of Evidence submitted in support of this Motion, Defendants are entitled to judgment as a matter of law.

Defendants, therefore, respectfully request that the Court enter an Order in their favor, granting summary judgment on all of Plaintiff's claims.

Dated this 10th day of May, 2017

          OSBORNE INDUSTRIES, INC., and ALTEC INDUSTRIES, INC. Defendants,

By:   /s/Stephen L. Ahl
Stephen L. Ahl, #10036
Elizabeth Ryan Cano, #26180
Wolfe, Snowden, Hurd, Luers & Ahl, LLP
Wells Fargo Center
1248 O Street, Suite 800
Lincoln, NE 68508
(402) 474-1507
sahl@wolfesnowden.com

**Attorneys for Defendant Osborne Industries, Inc.**

/s/ Robert W. Shively
Robert W. Shively
Shively & Lannin, P.C., L.L.O.
4400 South 86th Street, Suite 100
Lincoln, NE 68526
rshively@shivelylaw.com

**Attorneys for Defendant Altec Industries, Inc.**

## CERTIFICATE OF SERVICE

I electronically filed the foregoing I electronically filed the foregoing ***Defendants' Motion for Summary Judgment*** on this 10th day of May, 2017, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Larry W. Beucke
PARKER, GROSSART LAW FIRM
P.O. Box 1600
Kearney, NE 68848-1600
lwb@pgbblaw.com

Peter C. Wegman
pwegman@remboltlawfirm.com
Mark R. Richardson

mrichardson@remboltlawfirm.com
Tim Engler
tengler@remboltlawfirm.com
Daniel Klaus
dklaus@remboltlawfirm.com
REMBOLT LUDTKE LLP
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
(402) 475-5100

***Attorney for Plaintiff Julie Keaschall***

Steven E. Guenzel
JOHNSON, FLODMAN LAW FIRM
P.O. Box 81686
Lincoln, NE 68501
sguenzel@johnsonflodman.com

***Attorney for Plaintiff Dawson Public Power District***

/s/Stephen L. Ahl
Stephen L. Ahl

3