IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE KEASCHALL, Personal Representative of the Estate of Kurtis Keaschall, deceased, and DAWSON PUBLIC POWER DISTRICT, | ) ) ) ) ) | CASE NO. 4:14-CV-03070 |
| Plaintiffs, | ) ) | **INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY (*Daubert* Motion)** |
| v. | ) ) | |
| ALTEC INDUSTRIES, INC. and OSBORNE INDUSTRIES, INC. | ) ) ) | |
| Defendants. | ) | |

Plaintiff Julie Keaschall, as Personal Representative of the Estate of Kurtis Keaschall, by and through her attorneys Rembolt Ludtke LLP and Larry W. Beucke, hereby submits the following Index of Evidence in Support of Plaintiff's Motion to Exclude Testimony (*Daubert* Motion).

| Exhibit No. | Description |
|---|---|
| 1 | Hobelman Deposition |
| 2 | Chard Deposition |
| 3 | Sherman County Sheriff's Office Report |
| 4 | Railsback Report |
| 5 | Shah Report |
| 6 | Shah Deposition |
| 7 | Railsback Deposition |

DATED May 10, 2017.

                JULIE KEASCHALL as Personal
                Representative for the ESTATE OF
                KURTIS KEASCHALL, Plaintiff

By:    /s/ Mark R. Richardson
       Peter C. Wegman (#16685)
       pwegman@remboltlawfirm.com
       Mark R. Richardson (#24719)
       mrichardson@remboltlawfirm.com
       REMBOLT LUDTKE LLP
       1128 Lincoln Mall, Suite 300
       Lincoln, NE 68508
       (402) 475-5100

       and

        Larry Beucke (#18444)
        lwb@pgbblw.com
        PARKER, GOSSART, BAHENSKY, BEUCKE,
         BOWMAN & SYMINGTON, LLP
        1516 1st Avenue
        Kearney, NE 68848-1600
        (308) 237-2114

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on May 10, 2017, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Steven E. Guenzel
JOHNSON FLODMAN GUENZEL
 & WIDGER
P.O. Box 81686
Lincoln, NE 68501
sgunezel@johnsonflodman.com
*Attorney for Plaintiff Dawson Public Power District*

Robert W. Shively
SHIVELY & LANNIN, PC, LLO
4400 S. 86th Street, Suite 100
Lincoln, NE 68526
rshively@shivelylaw.com
*Attorney for Defendant Altec Industries, Inc.*

Stephen L. Ahl
WOLFE, SNOWDEN, HURD,
 LUERS & AHL, LLP
1248 "O" Street, Suite 800
Lincoln, NE 68508
sahl@wolfesnowden.com
*Attorney for Defendant Osborne Industries, Inc.*

         /s/ Mark R. Richardson
        Mark R. Richardson (#24719)

4818-7575-3748, v. 1