IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE KEASCHALL, Personal Representative of the Estate of Kurtis Keaschall, deceased and DAWSON PUBLIC POWER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>ALTEC INDUSTRIES, INC. and OSBORNE INDUSTRIES, INC.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:14-CV-03070<br><br>**JOINT STIPULATION FOR DISMISSAL** |

The Parties, by and through counsel, hereby stipulate and jointly agree that all claims in the above-captioned matter should be dismissed, with prejudice, each party to pay its own attorneys' fees and costs.

DATED: November 2, 2017.

                                                    JULIE KEASCHALL, as Personal
                                                    Representative for the ESTATE OF
                                                    KURTIS KEASCHALL, Plaintiff

By:    /s/ Peter C. Wegman
        Peter C. Wegman (#16685)
        pwegman@remboltlawfirm.com
        Timothy R. Engler (#15940)
        tengler@remboltlawfirm.com
        Mark R. Richardson (#24719)
        mrichardson@remboltlawfirm.com
        REMBOLT LUDTKE LLP
        1128 Lincoln Mall, Suite 300
        Lincoln, NE 68508
        (402) 475-5100

        and

        Larry Beucke (#18444)
        lwb@pgbblaw.com
        PARKER, GROSSART, BAHENSKY,
          BEUCKE, BOWMAN & SYMINGTON, LLP
        1516 1st Avenue
        Kearney, NE 68848-1600
        (308) 237-2114

DAWSON PUBLIC POWER DISTRICT, Plaintiff

   /s/ Steven E. Guenzel
Steven E. Guenzel (#15677)
Cameron E. Guenzel (#24405)
JOHNSON, FLODMAN, GUENZEL
  & WIDGER
1227 Lincoln Mall
Lincoln, NE 68508-2847
sguenzel@johnsonflodman.com
cguenzel@johnsonflodman.com

ALTEC INDUSTRIES, INC., Defendant

   /s/ Robert W. Shively
Robert W. Shively (#18166)
SHIVELY LAW
4400 S. 86th Street, Suite 100
Lincoln, NE 68526
rshively@shivelylaw.com

OSBORNE INDUSTRICES, INC., Defendant

   /s/ Stephen L. Ahl
Stephen L. Ahl (#10036)
WOLFE, SNOWDEN, HURD,
  LUERS & AHL, LLP
1248 "O" Street, Suite 800
Lincoln, NE 68508
sahl@wolfesnowden.com

4850-3993-1722, v. 5