# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE KEASCHALL, Personal Representative of the Estate of Kurtis Keaschall, deceased, and DAWSON PUBLIC POWER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>ALTEC INDUSTRIES, INC., and OSBORNE INDUSTRIES, INC.,<br><br>Defendants. | 4:14CV3070<br><br>JUDGMENT |

Pursuant to the parties' joint stipulation (filing no. 150) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that all claims in the above-captioned matter are dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 6th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge